UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CAROLINA CHAUVIN                               CIVIL ACTION

VERSUS                                         NO. 06-10904

STATE FARM INSURANCE COMPANY                   SECTION "C" (5)

ORDER AND REASONS

IT IS ORDERED that the motion for partial summary judgment: burden of proof filed by the plaintiff is PARTIALLY GRANTED and PARTIALLY DENIED. (Rec. Doc. 24). This Court has previously recognized the basic burdens of proof under both an "open peril" policy and a "named peril" policy. *Ferguson v. State Farm Insurance Co.*, 2007 WL 11378507 (E.D.La.). The Court does not construe the plaintiff's motion as broadly as the defendant does in its opposition, and the plaintiff does not address many of the defendant's arguments at all. The Court recognizes that the law in this area may be in transition and that the Louisiana Supreme Court pronouncement in *Landry v. La. Citizens Property Insurance Co.*, 964 So.2d 463 (3rd Cir. 2007), *writ granted*, __ So.2d __, 2007 WL 4557254 (La.), may warrant revisiting this issue.

New Orleans, Louisiana, this 11th day of January, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE